**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| Haoran Niu, | Case No. 25-cv-11167 |
|---|---|
| Plaintiff, | |
| v. | |
| THE DEFENDANT IDENTIFIED ON SCHEDULE "A", | |
| Defendant. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants:

| Number | Defendant Name |
|---|---|
| 7 | gilberg |
| 24 | TUTHKOTH |

Dated: November 11, 2025

        Respectfully submitted

        By: /s/ *Huicheng Zhou*
        Huicheng Zhou, Esq
        Bar No. 350005
        Phone: (909) 284-1929
        One Park Plaza, #600
        Irvine, CA 92614
        Huicheng.zhou@aliothlaw.com
        *Attorney for Plaintiff*