IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Haoran Niu, | Case No. 25-cv-11167 |
|---|---|
| Plaintiff, | |
| v. | |
| THE DEFENDANT IDENTIFIED ON SCHEDULE "A", | |
| Defendant. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action as to the following Defendants:

| Number | Defendant Name |
|---|---|
| 8 | Gliselta |
| 20 | shi lai ke ji |
| 39 | Pretty boy jewelry |
| 48 | bibaodan |
| 52 | Dreamhome house |

Dated: November 13, 2025

    Respectfully submitted

    By: /s/ <u>Huicheng Zhou</u>
    Huicheng Zhou, Esq
    Bar No. 350005
    Phone: (909) 284-1929
    One Park Plaza, #600
    Irvine, CA 92614
    Huicheng.zhou@aliothlaw.com
    *Attorney for Plaintiff*